OPINION — AG — **** PUBLIC UTILITIES — WAGE HOUR RATES — SUBJECT TO **** CITIES, TOWNS AND OTHER BODIES POLITIC DO NOT FALL WITHIN THE EXCEPTION SET FORTH IN 40 O.S. 1968 Supp., 196.2 [40-196.2](7). CITIES, TOWNS, AND OTHER BODIES POLITIC ARE NOT PUBLIC UTILITY COMPANIES, AND THEREFORE ARE SUBJECT TO THE PREVAILING HOURLY RATE OF WAGES SET FORTH BY THE COMMISSIONER OF LABOR. CITE: 40 O.S. 1967 Supp., 196.1 [40-196.1], 40 O.S. 1967 Supp., 196.2 [40-196.2] (WM. HOWARD O'BRYAN)